24685. FRIEDMAN et al. v. GOODMAN et al.

PER CURIAM. Since the grant of certiorari in this case, we have heard arguments of counsel, and upon further and more careful consideration we have concluded that the writ of certiorari was improvidently granted. Accordingly, the same is dismissed.

*Certiorari dismissed. All the Justices concur.*

ARGUED JUNE 10, 1968—DECIDED JULY 2, 1968—
REHEARING DENIED JULY 16, 1968.

*Fulcher, Fulcher, Hagler, Harper & Reed, E. D. Fulcher, A. Montague Miller, Sanders, Hester, Jolley, Ashmore & Boozer, Glenn B. Hester, Thomas R. Burnside, Jr.,* for appellants.

*Hull, Towill & Norman, Congdon & Williams, Lawton Jordan, Jr.,* for appellees.